Opinion issued April 8, 2010.










In The

Court of Appeals

For the

First Disrict of Texas

____________


NO. 01-10-00209-CV

____________


IN RE TOMAS GONZALEZ, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Tomas Gonzalez, has filed a petition for a writ of mandamus
complaining of the trial judge's (1) July 31, 2009 Temporary Order Following
Adversary Hearing.

 We deny the petition for a writ of mandamus. All pending motions are
dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.
1. -
 
 - 
 
 
 ' 
 
 
--